```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 08 B 11310
    JAMES WOODWORTH
    CYNTHIA WOODWORTH                             CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-7565     SSN XXX-XX-0116
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/05/08 .

2. The case was dismissed without confirmation, 08/29/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIFTH THIRD BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| US BANK NATIONAL ASSOC | SECURED | .00 | .00 | .00 |
| US BANK NATIONAL ASSOC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CROSSWINDS AT MISSION OA | SECURED | .00 | .00 | .00 |
| CROSSWINDS AT MISSION OA | SECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JOHN LYNCH | UNSECURED | NOT FILED | .00 | .00 |
| NELNET LOAN SRVS INC | UNSECURED | NOT FILED | .00 | .00 |
| NELNET LOAN SRVS INC | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $         .00 and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/13/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                                PAGE   2
            CASE NO. 08 B 11310 JAMES WOODWORTH & CYNTHIA WOODWORTH